LAUCHLIN McLEAN, DEFENDANT IN ERROR, v. ERIE RAILROAD COMPANY, PLAINTIFF IN ERROR.

Argued November 23, 1903—Decided February 29, 1904.

On error to the Supreme Court.

For the plaintiff in error, *Cortlandt Parker* and *Cortlandt Parker, Jr.*

For the defendant in error, *Leonard Kalisch* and *Samuel Kalisch.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in that court by Mr. Justice Fort in his opinion, reported in 40 *Vroom* 57.

*For affirmance*—THE CHANCELLOR, DIXON, GARRISON, HENDRICKSON, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY. 9.

*For reversal*—None.